

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00155-CR

Donald Ray **McINTOSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR0128
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the judgment of conviction is AFFIRMED.

SIGNED September 10, 2025.

_____
Irene Rios, Justice